THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 J. Scott Kunst, Appellant,
 v.
 Mike Parham and
 Judy Parham, Respondents.
 
 
 

Appeal From Greenville County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2010-UP-531
Submitted December 1, 2010  Filed
 December 13, 2010    
AFFIRMED

 
 
 
 J. Scott Kunst, pro se, of Simpsonville, for Appellant.
 Blake Smith, of Greenville, and Paul Zion, of Spartanburg, for
 Respondents.
 
 
 

PER CURIAM: J. Scott Kunst appeals the circuit court's grant
 of summary judgment for his cause of action for defamation against Mike and
 Judy Parham.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Hunt v. S.C.
 Forestry Comm'n, 358 S.C. 564, 573, 595 S.E.2d 846, 851 (Ct. App.
 2004) ("Issues raised in a brief but not supported by authority are deemed
 abandoned and will not be considered on appeal."); see also In
 re McCracken, 346 S.C. 87, 92, 551 S.E.2d 235, 238 (2001) ("A bald
 assertion, without supporting argument, does not preserve an issue for
 appeal.").
 
 AFFIRMED.
THOMAS, PIEPER, AND GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.